IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 4:03CR3052 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| GEORGE BEDELL, | ) | |
| | ) | |
| Defendant. | ) | |

   IT IS ORDERED that a revocation hearing is set to commence at **10:00 a.m.** on **April 28, 2006**, before the Hon. Lyle E. Strom, United States Senior District Judge, Courtroom #5, Roman L. Hruska U.S. Courthouse, Omaha, Nebraska.

   The defendant shall be present at the hearing.

   Dated: February 15, 2006

                        BY THE COURT

                        s/ David L. Piester
                        _____
                        United States Magistrate Judge