IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2006 AUG 16  PM 3: 38

OFFICE OF THE CLERK

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:03CR3052 |
| | ) | |
| v. | ) | |
| | ) | |
| GERALD BEDELL, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED:

1.   The oral motion of the defendant for a hearing pursuant
to 18 U.S.C. § 4241 is granted and a psychological evaluation
shall be conducted and a determination made of the defendant's
competency to stand trial.

2.   The defendant is remanded to the custody of the Attorney
General of the United States for a competency examination at the
Federal Medical Facility, Springfield, Missouri, or other
suitable facility, pursuant to the provisions of 18 U.S.C. §§
4241 and 4247.   Said institution or facility shall submit to the
undersigned and all counsel of record a report of the evaluation
within 60 days of the defendant's arrival at such facility.

3.   Upon the receipt of a copy of the report required by the
above paragraph, counsel shall confer with my secretary to
schedule a hearing on the defendant's competency to stand trial.

4.   The United States Marshal shall forthwith, without
delay, transport the defendant to the Springfield, Missouri
facility, or other suitable facility as identified by the
Attorney General of the United States, in accordance with this
order, at no cost to the defendant.

5.   Further proceedings in this matter are hereby continued
until further order of the court, pending resolution of the
matter of defendant's competency.

Dated August 16, 2006.

BY THE COURT

s/ David L. Piester
David L. Piester
United States Magistrate Judge