IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 4:03CR3052 |
| v. | ) | |
| | ) | |
| GERALD BEDELL, | ) | |
| | ) | ORDER |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED:

A hearing on defendant's competency to proceed in this matter is set for December 18, 2006 at 1:30 p.m. before the undersigned magistrate judge in Courtroom 2, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.

DATED this 28th day of November, 2006.

BY THE COURT:

s/ David L. Piester
David L. Piester
United States Magistrate Judge